# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0145. CLEVE LAWRENCE MOLETTE v. CITY OF FOREST PARK, et al.**

Cleve Lawrence Molette filed a pro se civil action the City of Forest Park and several City officials. Molette moved for default judgment, and the trial court denied his motion. Molette then filed a motion to set aside, purportedly pursuant to OCGA § 9-11-60 (d), challenging the court's denial of his request for default judgment. In a single order, the court both denied Molette's motion to set aside and dismissed his complaint. Molette then filed this application for discretionary appeal. Based on the limited information included with the application, the trial court's order appears to be subject to direct appeal.

Pursuant to OCGA § 5-6-35 (a) (8), a party must follow the discretionary appeal procedure to obtain review of an order denying his § OCGA 9-11-60 (d) motion to set aside. In this case, however, the trial court's order not only denied Molette's motion to set aside, but also dismissed his case. Under these circumstances, the order is a directly appealable final judgment. See OCGA § 5-6-34 (a) (1).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Molette shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___12/03/2014___
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*